# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROBERT HAMEL**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #119952**

v.　　　　　　　　　No: 2:20-cv-00038 JM-PSH

**ROY L. WILLIAMS,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Hamel's motion for summary judgment (Doc. No. 35) is denied.

DATED this 23rd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE