IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT HAMEL**  PLAINTIFF
**ADC #119952**

v.  No: 2:20-cv-00038 JM-PSH

**ROY L. WILLIAMS,** *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed by the Defendants.[i] After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

The defendants' motion for summary judgment (Doc. No. 49) is granted in part and denied in part. Hamel's official capacity claims are dismissed. His excessive force claim against Williams and his failure to protect claim against Cobb will proceed to trial.

DATED this 28th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[i] Plaintiff did not file objections to the Proposed Findings and Recommendation.