# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ROBERT HAMEL**                                                                           **PLAINTIFF**
**ADC #119952**

v.                                       No: 2:20-cv-00038 JM

**ROY L. WILLIAMS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 14th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE